UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RYAN DENTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00085-KC |
| CITY OF EL PASO, TEXAS, | § § § | |
| Defendant. | § § § | |

## **ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

It is hereby ORDERED the Plaintiff's Motion for Preliminary Injunction is GRANTED.
**SIGNED** this 27th day of July, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE