UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| RAYAN DENTON<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF EL PASO, TEXAS<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Cause No. 3:20-CV-00085<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF VACATION CERTIFICATE

COMES NOW the undersigned attorney and submits this vacation certificate for the dates of August 9, 2021 through August 18, 2021, and respectfully requests that no trials, hearings or other settings be made during that time or immediately thereafter. I further request that no discovery, motions, pleadings, or other instruments be filed or served which require a response to be filed during this period or immediately thereafter.

                    Respectfully submitted,

                    **KARLA M. NIEMAN**, City Attorney
                    State Bar No. 24048542
                    P.O. Box 1890
                    El Paso, Texas 79950-1890
                    Tel: 915-212-0033
                    Fax: 915-212-0034

Date: August 5, 2021.          By: /S/ EVAN D. REED
                                        **Evan D. Reed**, Assistant City Attorney
                                        State Bar No. 24093018
                                        ReedED@elpasotexas.gov

                                        Attorneys for the City of El Paso, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021 a true and correct copy of the foregoing was e-filed with the Clerk of this Court using the CM/ECF system and that a courtesy copy was forwarded to:

Nathan W. Kellum
Center for Religious Expression
699 Oakleaf Office Lane Suite 107
Memphis, TN 38117
nkellum@crelaw.org
ATTORNEYS FOR PLAINTIFF

/S/ EVAN D. REED
**Evan D. Reed**, Assistant City Attorney